

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00726-CR

Joseph Ray **LIMON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR7697
Honorable Kristina Escalona, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 17, 2025.

Lori I. Valenzuela, Justice